Motion by Michael A. Battle et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

KIMBERLY HURRELL-HARRING et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, v STATE OF NEW YORK et al., Respondents.

Submitted February 16, 2010; decided February 18, 2010

Motion by Legal Aid Society for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

KIMBERLY HURRELL-HARRING et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, v STATE OF NEW YORK et al., Respondents.

Submitted February 16, 2010; decided February 18, 2010

Motion by New York State Defenders Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

KIMBERLY HURRELL-HARRING et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, v STATE OF NEW YORK et al., Respondents.

Submitted February 16, 2010; decided February 18, 2010

Motion by Innocence Project for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of JAMES W. McDONALD III, Respondent, v JHENNA A. REED, Now Known as JHENNA A. LAFLAIR, Appellant.

Submitted January 4, 2010; decided February 18, 2010